### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILES SANFORD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  Case No.  CIV-09-0155-F |
| | ) |
| UNITED STATES OF AMERICA and | ) |
| U.S. MARSHALS OF OKLAHOMA | ) |
| OK CITY, | ) |
| | ) |
| Respondents. | ) |

### ORDER

Petitioner seeks habeas relief in this action.  On March 13, 2009, Magistrate Judge Robert E. Bacharach entered his Report and Recommendation (doc. no. 7), recommending that this action be dismissed without prejudice for failure to pay the filing fee, failure to file a proper motion to proceed *in forma pauperis*, and failure to request an extension of time within which to comply with the deadlines regarding these matters.  The Report advised petitioner that failure to object to the Report would result in waiver of petitioner's right to review by the Tenth Circuit Court of Appeals. Petitioner has not objected to the Report or filed a request for additional time within which to object.[1]

Upon review, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations or any analysis here.  Accordingly, the Report and Recommendation of Magistrate Judge Bacharach is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its

---

[1] Petitioner's copy of the Report and Recommendation was returned as "undeliverable." Petitioner has an obligation to keep the court advised of his current address.

-2-

entirety.  For the reasons stated in the Report, this action is **DISMISSED** without prejudice to the refiling of a new action.

Dated this 3rd day of April, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0155p002.wpd